UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MARNER et al,<br><br>                              Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE AIR FORCE et al,<br><br>                              Defendants. | Case No.:  3:24-cv-01565-JO-BLM<br><br>**ORDER DENYING LEAVE TO PROCEED IFP** |

On September 3, 2024, *pro se* Plaintiff Zachary Marner,[1] filed a complaint against the United States Air Force[2] and the United States Space Force. Dkt. 1.  Plaintiff alleges that these two Defendants harmed him in various ways, from slandering and sexually assaulting him to murdering his loved ones. *Id.*  Accompanying his complaint, Plaintiff also filed a motion to proceed *in forma pauperis* ("IFP"), Dkt. 2, and motion to appoint

---

[1] Plaintiff Marner also listed Jeanette Miller, Nevah Marner, Taryn White, Phyllis Sharp, and Tiffany Stroh as additional Plaintiffs in this case. Dkt. 1.

[2] Plaintiff names the "Department of the U.S. Air Force" as one of the three Defendants in this case. Dkt. 1. For the purposes of this order, the Court construes the Department of the U.S. Air Force and the United States Air Force as the same Defendant.

1

counsel, Dkt. 3.  For the reasons set forth below, the Court denies Plaintiff's IFP motion without prejudice and denies Plaintiff's motion to appoint counsel as moot.

Plaintiff has not prepaid the civil filing fee and instead has requested to proceed IFP. Dkt. 2.  A plaintiff filing a civil suit in federal district court must pay a filing fee of $405 unless the court waives this fee and allows him to proceed IFP based on his inability to pay.  28 U.S.C. § 1914(a); Local Civ. R. 4.5.  To proceed IFP, a claimant must submit an affidavit that includes a statement of all assets and demonstrates an inability to pay the filing fee. *Id.*; *see also* Local Civ. R. 3.2.  An affidavit is "sufficient where it alleges that the plaintiff cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (citation omitted).  "The granting or refusing of permission to proceed [IFP] is a matter committed to the sound discretion of the district court." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

Here, Plaintiff indicates in his affidavit that he is employed, makes a total of $6,524 per month, and has $15,216 in cash and over $380,000 in assets.  Dkt. 2.  The Court therefore finds that Plaintiff has not "sufficiently show[n] that he lacks the financial resources to pay filing fees." *Dillard v. So*, No. 12-2958, 2013 WL 4857692, at *1 (S.D. Cal. Sept. 11, 2013).  Accordingly, the Court DENIES Plaintiff's motion to proceed IFP pursuant to 28 U.S.C. § 1915(a) without prejudice, Dkt. 2, and DENIES Plaintiff's motion to appoint counsel, Dkt. 3, as moot.

Accordingly, the Court also DISMISSES this civil action without prejudice for failure to pay the $405 filing fee. Dkt. 1.  If Plaintiff does not pay the filing fee by February 17, 2025, the Court will dismiss Plaintiff's complaint and order the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

Dated: January 30, 2025

_____
Honorable Jinsook Ohta
United States District Judge